## NALLE CLINIC CO. v. PARKER

No. 94P91

Case below: 101 N.C.App. 341

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## NCNB v. ROYSTER

No. 268P91

Case below: 102 N.C.App. 823

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## NISBET v. NISBET

No. 193P91

Case below: 102 N.C.App. 232

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## ODUM v. NATIONWIDE MUTUAL INS. CO.

No. 198P91

Case below: 101 N.C.App. 627

Petition by defendant (Nationwide) for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## PALMER v. FIREMAN'S FUND INS. CO.

No. 336P91

Case below: 103 N.C.App. 393

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.